IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-155- 1,2,4 and 5 |
| | § | |
| | § | |
| AYAD FALLAH, *et al.* | § | |

**O R D E R**

Defendant Mazen Abdallah filed a motion for continuance, (Docket Entry No. 102). The government is in agreement. Defendants Fallah and Almasri are neither agreed nor opposed to the motion. The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The schedule is amended as follows:

Motions for bond reconsideration are to be filed by:     **September 21, 2007**
Government's response to bond motions to be filed by:  **September 28, 2007**
Motions to challenge the experts and/or motions to dismiss
to be filed by:                                                                  **October 22, 2007**
Government's response to motions to be filed by:       **October 26, 2007**
Status conference set for:                                             **October 29, 2007, at 9:00 a.m.**
Motions to suppress to be filed by:                              **November 9, 2007**
Government's response to be filed by:                        **November 16, 2007**
Motion hearing set for:                                                  **November 19, 2007, at 9:00 a.m.**
Interim pretrial conference set for:                              **December 17, 2007, at 9:00 a.m.**
Final pretrial conference set for                                  **January 10, 2008, at 9:00 a.m.**
Jury trial and selection set for:                                    **January 17, 2008, at 9:00 a.m.**

SIGNED on September 17, 2007, at Houston, Texas.

Lee H. Rosenthal
United States District Judge