IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-155- 1,2,4 and 5 |
| | § | |
| | § | |
| AYAD FALLAH, *et al.* | § | |

**O R D E R**

Defendants Fallah and Almasari made an oral motion for continuance at the pretrial conference held on December 17, 2007. The co defendants and government are unopposed The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The schedule is amended as follows:

| | |
|---|---|
| Interim pretrial conference set for: | **January 22, 2008, at 1:30 p.m.** |
| Final pretrial conference set for | **February 13, 2008, at 1:30 p.m.** |
| Jury trial and selection set for: | **February 19, 2008, at 9:00 a.m.** |

SIGNED on December 18, 2007, at Houston, Texas.

Lee H. Rosenthal
United States District Judge