# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-155- 1,2,4 and 5 |
| | § | |
| | § | |
| AYAD FALLAH, *et al.* | § | |

## O R D E R

Defendants made an oral motion for continuance at the pretrial conference held on January 22, 2008. The government is unopposed . The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The schedule is amended as follows:

Interim pretrial conference set for: **February 19, 2008, at 9:00 a.m.**
Final pretrial conference set for **April 1, 2008, at 9:00 a.m.**
Jury trial and selection set for: **April 14, 2008, at 9:00 a.m.**

SIGNED on January 23, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge