IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-0155 |
| | § | |
| AYAD FALLAH, *et al.* | § | |

**O R D E R**

The amended motion to modify bond conditions to permit Mazen Abdallah to take a cruise to travel to Mexico, the Cayman Islands, and Jamaica, is denied. Although Abdallah has provided information that no passport would be required for travel by sea to and from these countries, these are nonetheless countries from which flight would be easy. This court has granted Abdallah permission to travel within the United States, modifying his bond conditions to do so. The increased risk of flight accompanying international travel leads this court to deny the permission he presently seeks to take a cruise.

SIGNED on February 21, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge