# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-07-155 |
| | § | |
| MAZEN ABDALLAH and | § | |
| WESAM ABDALLAH. | § | |

# ORDER

To facilitate the deliberations of the jury, the Clerk is ordered to provide a lunch meal for the jury on May 20, 2008. This order is directed to the Financial Section for reimbursement to the Clerk providing the meal.

SIGNED on May 20, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge